## FOURTH DEPARTMENT, JANUARY, 1935.

FREDERICK A. MANN, Appellant, v. GEORGE SCHNEEBERGER, Individually and as Superintendent of Highways of the Town of Irondequoit, Monroe County, New York, Respondent.■— Order affirmed, with ten dollars costs and disbursements. All concur. (Order denied plaintiff's motion for leave to file a supplemental complaint.)

LULA SWANAY, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Appeal dismissed, without costs, except disbursements, on stipulation.

MATHILDA WITTWER, as Executrix, etc., of GOTTFRIED WITTWER, Deceased, Respondent, v. FRANK E. GOLDSTEIN, Defendant, and THE SYRACUSE TRUST COMPANY, as Executor, etc., of HENRY FRANK, Deceased, Appellant.— Judgment affirmed, with costs. All concur. (The judgment affirmed a Municipal Court judgment for plaintiff for amount of bond secured, when given, by a second mortgage, where first mortgage had been foreclosed barring the lien of plaintiff's mortgage.)

JOHN A. PARKS, as Trustee for Certain Contract Holders and Certificate Owners of the MUTUAL BENEFIT LEAGUE OF NORTH AMERICA, Appellant, v. HICKMAN & SQUIRE, INCORPORATED, and Another, Respondents.— Judgment affirmed, with costs. All concur. (The judgment dismissed the complaint in an action upon a lease.)

GRACE E. STONE, as Limited Administratrix, etc., of BERNICE B. STONE, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment and order affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal on the law and for dismissal of the complaint on the ground that by the terms of the application itself there was no insurance unless the policy was actually issued. (The judgment awards recovery upon two life insurance policies. The order denies a motion for a new trial on the minutes.)

STANLEY A. SEKULA, as Executor, etc., of MIHAL MORYTO, Sometimes Known as MICHAEL MORYTO, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment holds plaintiff entitled only to return of premiums upon two life insurance policies.)